JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIGHTVIEW LANDSCAPES, LLC and BRIGHTVIEW LANDSCAPE SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARTIN L. STOWELL, <br><br> Defendant. | No. 2:17-cv-08317 FMO (GJSx) <br><br> **ORDER RE: STIPULATION [57] DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The Court, having reviewed the stipulation dismissing the entire action, including all claims and counterclaims, with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), entered into by and among Plaintiffs BrightView Landscapes, LLC and BrightView Landscape Services, Inc. and Defendant Martin L. Stowell, hereby **ORDERS** that all claims and counterclaims Plaintiffs and Defendant asserted or could have asserted in the action against one another are **DISMISSED** with prejudice, with each party to pay its own costs and fees.

**IT IS SO ORDERED**.

Dated : October 23, 2018 _____/s/_____
The Honorable Fernando M. Olguin

1
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE
ATL 23066785v1